In the Matter of ELMORE R. FAY, Respondent, *v.* JOHN MILLER et al., Constituting the Village Board of the Village of Pleasantville et al., Appellants.

(Submitted May 22, 1933; decided May 24, 1933.)

*David H. Moses* for motion.
*Wendell P. McKown* opposed.

Motion denied, with ten dollars costs.